# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00243-CV

**Michael Akopov, Appellant**

**v.**

**Richey & Young, P.C., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN103468, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was due September 17, 2004. On October 6, 2004, appellant was notified that his brief was overdue and given ten days to respond with an explanation for his failure to file a brief. *See* Tex. R. App. P. 38.8(a)(1). Appellant was told that failure to comply would result in his appeal being dismissed for want of prosecution. *See id.* To date, we have received no response. Accordingly, we dismiss the appeal for want of prosecution. *See id.*; 42.3(b).


W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed:   November 12, 2004